NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5068

WESTERN MANAGEMENT, INC.,

Plaintiff,

and

YVONNE R. KOVACEVICH

Plaintiff-Appellant,

and

ROBERT E. KOVACEVICH,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-116,
Judge Nancy B. Firestone.

ON MOTION

Before MICHEL, Chief Judge, LOURIE and BRYSON, Circuit Judges.

PER CURIAM.

## O R D E R

The United States moves to dismiss Yvonne R. Kovacevich and Robert E.

Kovacevich's appeal as premature. The appellants oppose.

The appellants filed a complaint in the United States Court of Federal Claims seeking a refund of federal income taxes paid. The United States counterclaimed for outstanding tax liabilities. The appellants moved to strike the counterclaim for lack of jurisdiction and the Court of Federal Claims denied the motion in part. The appellants appealed that order.

The court's jurisdiction over appeals from decisions of the Court of Federal Claims is governed by 28 U.S.C. § 1295(a)(3). Section 1295(a)(3) provides that the court has jurisdiction over "an appeal from a <u>final</u> decision of the United States Court of Federal Claims" (emphasis added). "A 'final decision' generally is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." <u>Catlin v. United States</u>, 324 U.S. 229, 233 (1945); <u>see also</u> <u>Ultra-Precision Mfg. Ltd. v. Ford Motor Co.</u>, 338 F.3d 1353,1356-57 (Fed. Cir. 2003) ("[a] district court's judgment is final where it 'ends the litigation on the merits and leaves nothing for the court to do but execute the judgment.'" (citation omitted)). Because the complaint and the United States' counterclaim are pending in the Court of Federal Claims, there is no final decision or judgment.

Accordingly,

IT IS ORDERED THAT:

(1)     The United States' motion to dismiss is granted.

(2)    Each side shall bear its own costs.

                                        FOR THE COURT


JUL 02 2009                                  /s/ Jan Horbaly
_____                              _____
       Date                                  Jan Horbaly
                                             Clerk

cc:   Robert E. Kovacevich                   **FILED**
      Yvonne R. Kovacevich                   **U.S. COURT OF APPEALS FOR
                                             THE FEDERAL CIRCUIT**
      Regina S. Moriarty, Esq.
                                             JUL 02 2009

s20                                          JAN HORBALY
                                             CLERK
ISSUED AS A MANDATE:   JUL 02 2009
                       _____


2009-5068                    3